UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TURNING POINT FOUNDATION, ET AL.,   :
                                      :

       Plaintiffs,                    :

                                        :      No.: 3:05-CV-895 (AHN)

v.                                   :

                                        :      August 17, 2007

JOHN DESTEFANO, JR, ET AL.,       :

                                        :

       Defendants.                :

### DECLARATION OF JOHN MAJER, Ph.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PAYMENT OF EXPERT FEES

1.      My name is John Majer, Ph.D.  I am over the age of eighteen and I understand the obligations of an oath.

2.      I have been retained by Plaintiffs to provide an expert opinion in the above matter.  I prepared a written report setting forth my opinions which is attached hereto as Exhibit A.

3.      On May 28, 2007, I left my home in Chicago, Illinois to travel to Washington, DC to prepare for my deposition in the above matter.  Other than the time spent traveling to and from airports, I spent my travel time from Chicago to Washington, DC reviewing my report and the scholarly articles cited in my report.

4.      On May 29, 2007, I spent the day meeting with counsel for the Plaintiffs in preparation for my deposition.  That evening, I continued to review my report and the scholarly materials cited in my report.

5.      On May 30, 2007, I met with counsel for the Plaintiffs in the morning.  That afternoon, I traveled from Washington, DC to New Haven, Connecticut by train to attend my deposition, which was scheduled to take place in New Haven.  I traveled with

Valerie Leatherwood, counsel for the Plaintiffs.  I spent the trip discussing the upcoming deposition with Ms. Leatherwood and reviewing my report and the materials cited in my report.

6.      I was deposed by Nicole Chomiak, counsel for the Defendants, on May 31, 2007.  When the deposition was completed, I traveled from New Haven to Hartford, Connecticut to catch a plane to return to my home in Chicago, Illinois.  Although I attempted to board an earlier flight, the only available flight to Chicago from Hartford that day departed in the early evening.  I did not arrive at my home in Chicago until well after 9:00 p.m. that evening.

7.      Attached hereto as Exhibit B is a true and correct copy of the invoice I submitted regarding the time I spent and the expenses I incurred in preparing for my deposition in this matter.  The invoice is accurate and I believe I should be reimbursed in full for the entirety of my time and the full amount of my expenses.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of August, 2007, in Chicago, Illinois.

____/s/ John M. Majer_____
John M. Majer, Ph.D.